Petition for Writ of Mandamus Denied and Opinion filed March 27, 2003









Petition for Writ of Mandamus Denied and Opinion filed
March 27, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01181-CV

____________

 

IN RE STEVEN BERNARD, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On November 19, 2002, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2002);  see also
Tex. R. App. P. 52.  Appellant sought a writ of mandamus to
require the trial court to hold an evidentiary hearing on his petition for writ
of mandamus filed in the trial court.  On
December 16, 2002, the trial court held a hearing and denied relator=s petition.  Because
the trial court has held a hearing and ruled on relator=s petition in the trial court, relator=s petition for writ of mandamus against the trial judge is
moot. 

Accordingly, we deny relator=s petition for writ of mandamus.

PER CURIAM

 

Petition Denied
and Opinion filed March 27, 2003.

Panel consists of
Justices Edelman, Seymore, Guzman.